

**Wendi Opper Uzar**
Partner

Direct:
t: 973.451.8647
f: 973.451.8557
wuzar@riker.com

Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962-1981

December 30, 2022

**Via ECF & E-Mail** (lhg_orders@njd.uscourts.gov)

Judge Lois H. Goodman, U.S.M.J.
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
Court Room 7E
402 East State Street Trenton
New Jersey 08608

    Re:    **AMDL Collections, Inc. v. Kleeger Products, LLC**
            Docket No. 3:22-cv-224-MAS-LHG

Dear Judge Goodman:

Our office represents the plaintiff, AMDL Collections, Inc. ("AMDL") with respect to the above-referenced matter against defendant Kleeger Products, LLC ("Kleeger"). The parties are pleased to inform the Court that they have reached a settlement in principle. However, they require additional time to formalize and memorialize the settlement agreement. Accordingly, the parties request a thirty (30) day adjournment of the initial conference before Your Honor, scheduled for January 10, 2023 at 12:30 pm, and all accompanying deadlines to allow the parties time to finalize the settlement papers and avoid the time and expense of preparing a Joint Report and attending the Initial Conference.

If the Court would prefer, the parties are willing to enter into a Stipulation of Settlement without prejudice with the right to reopen the action within 30 days if settlement is not consummated.

This request is submitted with the consent of Defendant Kleeger.

We thank Your Honor for her time and attention to this matter.

 /s/ Wendi Opper Uzar
Wendi Opper Uzar, Esq.


cc: All counsel of record (*via ECF*)