

**Wendi Opper Uzar**
Partner

<u>Direct:</u>
t: 973.451.8647
f: 973.451.8557
wuzar@riker.com

Headquarters Plaza
One Speedwell Avenue
Morristown, NJ  07962-1981

March 13, 2023

<u>Via ECF</u>

Judge Michael A. Shipp, U.S.D.J
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
Court Room 5W
402 East State Street Trenton
New Jersey 08608

   Re: <u>**AMDL Collections, Inc. v. Kleeger Products, LLC**</u>
     Docket No. 3:22-cv-6224-MAS-LHG

Dear Judge Shipp:

Our office represents the plaintiff, AMDL Collections, Inc. ("AMDL") with respect to the above-referenced matter against defendant Kleeger Products, LLC ("Kleeger").

AMDL requests that this matter be re-opened and placed back on the active calendar. While the parties remain hopeful that a settlement can be reached, they have been unable to finalize a settlement in the time provided. Accordingly, AMDL is constrained to request that the matter be reinstated.

We thank Your Honor for Your time and attention to this matter.

 /s/ Wendi Opper Uzar
Wendi Opper Uzar, Esq.


cc: All counsel of record (*via ECF*)